**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KRISTEN STEEL, individually and on behalf of all others similarly situated,**<br>**Plaintiff**<br><br>**v.**<br><br>**DIANA HEALTH, INC.,**<br>**Defendant** | **CASE NO. 1:26-CV-07543**<br><br>**CLASS ACTION** |

**~~[PROPOSED]~~ ORDER**

**CONSIDERING** Defendant Diana Health, Inc.'s Consent Motion to Stay Pending Consolidation of Related Matters:

**IT IS HEREBY ORDERED AND DECREED** that all deadlines are **STAYED** pending consolidation of related matters.

**SO ORDERED** in New York, New York, this 29th day of September, 2026.

**LEWIS J. LIMAN**
**UNITED STATES DISTRICT JUDGE**